UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: BARBARA DECRISCIO                                    CHAPTER 13
                                                            CASE NO 10-74292
                                                            JUDGE SHAPERO
Debtor(s),
                              /

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

**IT IS FURTHER ORDERED that the claim of MARK P. MCLOUGHLIN attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000 in fees and $0____ in expenses, and that the portion of such claim which has not already been paid, to-wit: $2800          shall be paid by the Trustee as an administrative expense of this case.**

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

The Debtor shall remit 100% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

Plan payments shall increase to $201.25 bi weekly effective 2/3/2014 upon payoff of present car lease.

APPROVED

                                                                          /s/ Mark McLoughlin
**/s/ Tammy L. Terry**_____     _____     _____
TAMMY TERRY                           For Creditor:                          MARK P. MCLOUGHLIN  (P29266)
CHAPTER 13 TRUSTEE                                                           Attorney for Debtor
535 GRISWOLD STE 2100                                                        211 W Fort St #510
DETROIT MI  48226                                                            Detroit MI 48226
                                      Objections Withdrawn                   313 962 9797
                                                                             fax at 962 6164
                                      _____        mcloughlin.law@gmail.com
                                      For Creditor:
                                      .

**Signed on February 04, 2011**

                                                              _____/s/ Walter Shapero_____
                                                              **Walter Shapero**
                                                              **United States Bankruptcy Judge**